## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SCOTTSDALE CAPITAL ADVISORS
CORPORATION,

        Plaintiff,

        v.                                       Civil Action No. 1:18-cv-2973 CMC

FINANCIAL INDUSTRY REGULATORY
AUTHORITY, INC.,

        Defendant.

## DECLARATION OF TERRI L. REICHER
## PURSUANT TO LCVR 7(m)

I, Terri L. Reicher, hereby declare that the following is true to the best of my knowledge, information and belief.

1.   I am Associate General Counsel for defendant Financial Industry Regulatory Authority, Inc. (FINRA), and I make this Declaration in support of FINRA's Motion for Extension of Time to respond to the Complaint and pursuant to LCvR 7(m).

2.   FINRA was served at its offices with the Complaint by hand delivery on the afternoon of Friday, December 21, 2018.  FINRA closed early on Monday, December 24, and was closed on Tuesday, December 25.  FINRA also closed early on Monday, December 31, and was closed on Tuesday, January 1.

3. Due to the holiday closures and shortened hours, virtually all of FINRA's in-house counsel and senior management were out of the office (and for parts of this period, out of town) until Wednesday, January 2, 2019.

4. On Wednesday, January 2, I telephoned and emailed Scottsdale's counsel Joseph Smith to request a 30-day extension of time from January 11, 2019 to February 11, 2019.  Exhibit A.

5. Mr. Smith responded to my email, stating that he would need to consult with his client.  Exhibit B.

6. On Thursday, January 3, Mr. Smith emailed me again and advised that his client would grant only a 2-week extension to January 25, 2019.  Exhibit C.

7. I immediately responded that FINRA sought the full 30 days, given the timing of service just before the year-end holidays, and noting that the Complaint does not request immediate action or injunctive relief.  I also advised Mr. Smith that FINRA would be required to seek relief from the Court if agreement could not be reached, and I asked him to let me know if Scottsdale would agree to the 30-day extension. Exhibit D.

8. I received no response, so on Monday, January 7, I emailed Mr. Smith again, requesting a response to FINRA's request for a 30-day extension, and advising him that FINRA would assume that the request was opposed if there was no response by close of business on Tuesday, January 8,.  I also offered to confer with Mr. Smith by phone on the morning of January 8, if he preferred to speak instead of email.   Exhibit E.

9. On the afternoon of January 8, Mr. Smith advised me that his client would not consent to the requested 30-day extension.  Exhibit F.

10. FINRA's request for a 30-day extension is reasonable for the following reasons:

   a. Plaintiff's timing of service of the Complaint—on the Friday afternoon before the Christmas holiday, when it could be presumed that many attorneys would be absent and offices would be closed—had the effect of cutting almost two weeks off FINRA's time to review and respond.

   b. The Complaint does not seek any injunctive relief—temporary or permanent—so the 30-day requested extension will not impact the case in any material way.  Although Plaintiff's Complaint is framed as only a single-count breach of contract claim, it presents serious questions under federal law and requests relief that fundamentally changes how FINRA is governed and regulates the securities industry, all of which requires careful briefing. FINRA functions pursuant to a mandate of the Securities Exchange Act of 1934 ("Exchange Act") and operates under the supervision of the Securities and Exchange Commission, which approved FINRA's governance structure being challenged in this case.  In fact, on almost the same day that Scottsdale filed the Complaint, it also filed a Petition for Rulemaking with the SEC, seeking much of the same relief it seeks from this Court.

   c. Because of these and other legal issues, FINRA intends to move to dismiss the Complaint.  This motion will make a number of legal arguments that will require detailed briefing.  Given the issues that Scottsdale has raised, and the

fundamental change Scottsdale requests in FINRA's governance and

structure, combined with service just before the year-end holidays, a 30-day

extension is entirely reasonable and virtually customary, and should be

granted.

I HEREBY SWEAR OR AFFIRM pursuant to 28 U.S.C. § 1746 under penalty of perjury

that the foregoing is true and correct.


DATED:          January 9, 2019
                Washington, D.C.



                                        _____
                                        /s/ Terri L. Reicher
                                        Terri L. Reicher

                                        Terri L. Reicher
                                        FINANCIAL INDUSTRY REGULATORY
                                        AUTHORITY, INC.
                                        1735 K St., N.W.
                                        Washington, D.C.  20006
                                        Telephone: (202) 728-8967
                                        Terri.Reicher@finra.org

| | |
|---|---|
| **From:** | Reicher, Terri |
| **To:** | joe.smith@thompsonhine.com |
| █████ | ███████████ |
| **Subject:** | Scottsdale Capital Advisors Corporation v. FINRA |
| **Date:** | Wednesday, January 2, 2019 3:14:37 PM |

Dear Mr. Smith:

I left a voicemail at your office, which you can ignore if you see this email first. I will be representing FINRA in this lawsuit, and am requesting a 30 day extension of time to answer or otherwise respond to the Complaint.  FINRA was served on the afternoon of Friday, December 21, meaning that our response is due on or before January 10.  Due to the intervening holidays and office closures, we have not been able to discuss the lawsuit with our senior management, and our litigation attorneys, including myself, were out of the office for most of this period.

Please let me know at your earliest convenience whether your client will agree to this extension so that we make an appropriate filing.  I am back in the office now and can be reached at this email address or by my direct office number below.

Thank you for your anticipated courtesy,

Terri Reicher

Terri L. Reicher
Associate Vice President and Associate General Counsel
FINRA
1735 K Street, N.W.
Washington, DC 20006
(202) 728-8967
Terri.Reicher@finra.org

www.finra.org

**Exhibit B**

| | |
|---|---|
| **From:** | Smith, Joseph |
| **To:** | Reicher, Terri |
| **Subject:** | [EXTERNAL] RE: Scottsdale Capital Advisors Corporation v. FINRA |
| **Date:** | Wednesday, January 2, 2019 3:56:05 PM |
| **Attachments:** | image005.png |
| | image006.png |

Terri:

Thank you for your email and sorry I missed your call.  I will need to check with my client, and will get back to you tomorrow regarding the extension of time.

Thank you,

Joe

**Joseph A. Smith** | Associate | **Thompson Hine LLP**
1919 M Street, N.W., Suite 700 | Washington, D.C. 20036-3537
**O:** 202.263.4145 | **M:** 202.680.4356
**F:** 202.331.8330 | www.ThompsonHine.com [thompsonhine.com]
Joe.Smith@ThompsonHine.com



**A Smarter Way to Work – predictable, efficient and aligned with client goals. Read more [thompsonhine.com].**

**Named a top firm in 11 areas of the law by _Chambers USA_, with 45 lawyers recognized as leaders in their practice areas, and named a leading firm by _U.S. News – Best Lawyers_® and _The Legal 500_.**

Atlanta | Cincinnati | Cleveland | Columbus | Dayton | New York | Washington, D.C.

   [thompsonhine.com]

**From:** Reicher, Terri [mailto:Terri.Reicher@finra.org]
**Sent:** Wednesday, January 2, 2019 3:15 PM
**To:** Smith, Joseph
**Subject:** Scottsdale Capital Advisors Corporation v. FINRA

Dear Mr. Smith:

I left a voicemail at your office, which you can ignore if you see this email first. I will be representing FINRA in this lawsuit, and am requesting a 30 day extension of time to answer or otherwise respond to the Complaint.  FINRA was served on the afternoon of Friday, December 21, meaning that our

response is due on or before January 10.  Due to the intervening holidays and office closures, we have not been able to discuss the lawsuit with our senior management, and our litigation attorneys, including myself, were out of the office for most of this period.

Please let me know at your earliest convenience whether your client will agree to this extension so that we make an appropriate filing.  I am back in the office now and can be reached at this email address or by my direct office number below.

Thank you for your anticipated courtesy,

Terri Reicher

Terri L. Reicher
Associate Vice President and Associate General Counsel
FINRA
1735 K Street, N.W.
Washington, DC 20006
(202) 728-8967
Terri.Reicher@finra.org

www.finra.org

Confidentiality Notice:: This email, including attachments, may include non-public, proprietary, confidential or legally privileged information. If you are not an intended recipient or an authorized agent of an intended recipient, you are hereby notified that any dissemination, distribution or copying of the information contained in or transmitted with this e-mail is unauthorized and strictly prohibited. If you have received this email in error, please notify the sender by replying to this message and permanently delete this e-mail, its attachments, and any copies of it immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person. Thank you.

| From: | Smith, Joseph |
|---|---|
| To: | Reicher, Terri |
| Subject: | [EXTERNAL] RE: Scottsdale Capital Advisors Corporation v. FINRA |
| Date: | Thursday, January 3, 2019 1:31:46 PM |
| Attachments: | image005.png |
| | image006.png |
| | image007.png |
| | image008.png |

Terri,

Our client would like to keep the case moving, but is agreeable to a two-week extension. This would make your responsive pleading due on January 24, 2019.

Thank you,

Joe

**Joseph A. Smith** | Associate | **Thompson Hine LLP**
1919 M Street, N.W., Suite 700 | Washington, D.C. 20036-3537
**O:** 202.263.4145 | **M:** 202.680.4356
**F:** 202.331.8330 | www.ThompsonHine.com [thompsonhine.com]
Joe.Smith@ThompsonHine.com



**A Smarter Way to Work – predictable, efficient and aligned with client goals. Read more [thompsonhine.com].**

**Named a top firm in 11 areas of the law by** *Chambers USA*, **with 45 lawyers recognized as leaders in their practice areas, and named a leading firm by** *U.S. News – Best Lawyers*® **and** *The Legal 500.*

Atlanta | Cincinnati | Cleveland | Columbus | Dayton | New York | Washington, D.C.

 [thompsonhine.com]

**From:** Smith, Joseph
**Sent:** Wednesday, January 2, 2019 3:56 PM
**To:** 'Reicher, Terri'
**Subject:** RE: Scottsdale Capital Advisors Corporation v. FINRA

Terri:

Thank you for your email and sorry I missed your call. I will need to check with my client, and will get back to you tomorrow regarding the extension of time.

Thank you,

Joe

**Joseph A. Smith** | Associate | **Thompson Hine LLP**
1919 M Street, N.W., Suite 700 | Washington, D.C. 20036-3537
**O:** 202.263.4145 | **M:** 202.680.4356
**F:** 202.331.8330 | www.ThompsonHine.com [thompsonhine.com]
Joe.Smith@ThompsonHine.com



**A Smarter Way to Work – predictable, efficient and aligned with client goals. Read more [thompsonhine.com].**

**Named a top firm in 11 areas of the law by *Chambers USA*, with 45 lawyers recognized as leaders in their practice areas, and named a leading firm by *U.S. News – Best Lawyers*® and *The Legal 500*.**

Atlanta | Cincinnati | Cleveland | Columbus | Dayton | New York | Washington, D.C.

 [thompsonhine.com]

---

**From:** Reicher, Terri [mailto:Terri.Reicher@finra.org]
**Sent:** Wednesday, January 2, 2019 3:15 PM
**To:** Smith, Joseph
**Subject:** Scottsdale Capital Advisors Corporation v. FINRA

Dear Mr. Smith:

I left a voicemail at your office, which you can ignore if you see this email first. I will be representing FINRA in this lawsuit, and am requesting a 30 day extension of time to answer or otherwise respond to the Complaint. FINRA was served on the afternoon of Friday, December 21, meaning that our response is due on or before January 10. Due to the intervening holidays and office closures, we have not been able to discuss the lawsuit with our senior management, and our litigation attorneys, including myself, were out of the office for most of this period.

Please let me know at your earliest convenience whether your client will agree to this extension so that we make an appropriate filing. I am back in the office now and can be reached at this email address or by my direct office number below.

Thank you for your anticipated courtesy,

Terri Reicher

Terri L. Reicher
Associate Vice President and Associate General Counsel
FINRA
1735 K Street, N.W.
Washington, DC 20006
(202) 728-8967
Terri.Reicher@finra.org

www.finra.org

Confidentiality Notice:: This email, including attachments, may include non-public, proprietary, confidential or legally privileged information. If you are not an intended recipient or an authorized agent of an intended recipient, you are hereby notified that any dissemination, distribution or copying of the information contained in or transmitted with this e-mail is unauthorized and strictly prohibited. If you have received this email in error, please notify the sender by replying to this message and permanently delete this e-mail, its attachments, and any copies of it immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person. Thank you.

| | |
|---|---|
| **From:** | Reicher, Terri |
| **To:** | Smith, Joseph |
| **Subject:** | RE: [EXTERNAL] RE: Scottsdale Capital Advisors Corporation v. FINRA |
| **Date:** | Thursday, January 3, 2019 1:48:42 PM |
| **Attachments:** | image001.png |
| | image002.png |

Joe:

Thank you for your prompt reply.  However, we do plan to move to dismiss this lawsuit, and we will continue to seek the full 30 day extension.  Under the circumstances, including that we were served over the holidays and that this case does not seek injunctive relief, we believe this request is entirely reasonable.

If this is not agreeable, then we plan to file a motion with the court seeking a 30 day extension.  Please let us know if you continue to oppose our request so that we can accurately advise the court of your position.

Very truly yours,

Terri Reicher

Terri L. Reicher
Associate Vice President and Associate General Counsel
FINRA
1735 K Street, N.W.
Washington, DC 20006
(202) 728-8967
Terri.Reicher@finra.org

www.finra.org

**From:** Smith, Joseph <Joe.Smith@thompsonhine.com>

**Sent:** Thursday, January 3, 2019 1:32 PM
**To:** Reicher, Terri <Terri.Reicher@finra.org>
**Subject:** [EXTERNAL] RE: Scottsdale Capital Advisors Corporation v. FINRA

Terri,

Our client would like to keep the case moving, but is agreeable to a two-week extension.  This would make your responsive pleading due on January 24, 2019.

Thank you,

Joe

**Joseph A. Smith** | Associate | **Thompson Hine LLP**
1919 M Street, N.W., Suite 700 | Washington, D.C. 20036-3537
**O:** 202.263.4145 | **M:** 202.680.4356
**F:** 202.331.8330 | www.ThompsonHine.com [thompsonhine.com]
Joe.Smith@ThompsonHine.com



**A Smarter Way to Work – predictable, efficient and aligned with client goals. Read more [thompsonhine.com].**

**Named a top firm in 11 areas of the law by** *Chambers USA,* **with 45 lawyers recognized as leaders in their practice areas, and named a leading firm by** *U.S. News – Best Lawyers*[®] **and** *The Legal 500.*

Atlanta | Cincinnati | Cleveland | Columbus | Dayton | New York | Washington, D.C.

 [thompsonhine.com]

**From:** Smith, Joseph
**Sent:** Wednesday, January 2, 2019 3:56 PM
**To:** 'Reicher, Terri'
**Subject:** RE: Scottsdale Capital Advisors Corporation v. FINRA

Terri:

Thank you for your email and sorry I missed your call.  I will need to check with my client, and will get back to you tomorrow regarding the extension of time.

Thank you,

Joe

**Joseph A. Smith** | Associate | **Thompson Hine LLP**

1919 M Street, N.W., Suite 700 | Washington, D.C. 20036-3537
**O:** 202.263.4145 | **M:** 202.680.4356
**F:** 202.331.8330 | www.ThompsonHine.com [thompsonhine.com]
Joe.Smith@ThompsonHine.com



**A Smarter Way to Work – predictable, efficient and aligned with client goals. Read more [thompsonhine.com].**

**Named a top firm in 11 areas of the law by _Chambers USA_, with 45 lawyers recognized as leaders in their practice areas, and named a leading firm by _U.S. News – Best Lawyers_® and _The Legal 500._**

Atlanta | Cincinnati | Cleveland | Columbus | Dayton | New York | Washington, D.C.

 [thompsonhine.com]

---

**From:** Reicher, Terri [mailto:Terri.Reicher@finra.org]
**Sent:** Wednesday, January 2, 2019 3:15 PM
**To:** Smith, Joseph
**Subject:** Scottsdale Capital Advisors Corporation v. FINRA

Dear Mr. Smith:

I left a voicemail at your office, which you can ignore if you see this email first. I will be representing FINRA in this lawsuit, and am requesting a 30 day extension of time to answer or otherwise respond to the Complaint.  FINRA was served on the afternoon of Friday, December 21, meaning that our response is due on or before January 10.  Due to the intervening holidays and office closures, we have not been able to discuss the lawsuit with our senior management, and our litigation attorneys, including myself, were out of the office for most of this period.

Please let me know at your earliest convenience whether your client will agree to this extension so that we make an appropriate filing.  I am back in the office now and can be reached at this email address or by my direct office number below.

Thank you for your anticipated courtesy,

Terri Reicher

Terri L. Reicher
Associate Vice President and Associate General Counsel
FINRA
1735 K Street, N.W.
Washington, DC 20006
(202) 728-8967
Terri.Reicher@finra.org

www.finra.org

Confidentiality Notice:: This email, including attachments, may include non-public, proprietary, confidential or legally privileged information. If you are not an intended recipient or an authorized agent of an intended recipient, you are hereby notified that any dissemination, distribution or copying of the information contained in or transmitted with this e-mail is unauthorized and strictly prohibited. If you have received this email in error, please notify the sender by replying to this message and permanently delete this e-mail, its attachments, and any copies of it immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person. Thank you.

**Exhibit E**

| | |
|---|---|
| **From:** | Reicher, Terri |
| **To:** | Joe.Smith@thompsonhine.com |
| **Subject:** | FW: [EXTERNAL] RE: Scottsdale Capital Advisors Corporation v. FINRA |
| **Date:** | Monday, January 7, 2019 1:57:56 PM |
| **Attachments:** | image001.png |
| | image002.png |

Joe:  you have not yet responded to my email below renewing our request for the 30 day extension.  If you prefer to discuss this request by phone instead of responding to my email, my calendar is open tomorrow morning—just let me know what time would work.

If we don't hear from you by close of business tomorrow, we will assume that you oppose our request, and we will file a motion for the extension.

Very truly yours,

Terri Reicher

---

**From:** Reicher, Terri
**Sent:** Thursday, January 3, 2019 1:49 PM
**To:** Smith, Joseph <Joe.Smith@thompsonhine.com>
**Subject:** RE: [EXTERNAL] RE: Scottsdale Capital Advisors Corporation v. FINRA

Joe:

Thank you for your prompt reply.  However, we do plan to move to dismiss this lawsuit, and we will continue to seek the full 30 day extension.  Under the circumstances, including that we were served over the holidays and that this case does not seek injunctive relief, we believe this request is entirely reasonable.

If this is not agreeable, then we plan to file a motion with the court seeking a 30 day extension.  Please let us know if you continue to oppose our request so that we can accurately advise the court of your position.

Very truly yours,

Terri Reicher


Terri L. Reicher
Associate Vice President and Associate General Counsel
FINRA
1735 K Street, N.W.
Washington, DC 20006
(202) 728-8967
Terri.Reicher@finra.org

www.finra.org


---

**From:** Smith, Joseph <Joe.Smith@thompsonhine.com>
**Sent:** Thursday, January 3, 2019 1:32 PM
**To:** Reicher, Terri <Terri.Reicher@finra.org>
**Subject:** [EXTERNAL] RE: Scottsdale Capital Advisors Corporation v. FINRA

Terri,

Our client would like to keep the case moving, but is agreeable to a two-week extension.  This would make your responsive pleading due on January 24, 2019.

Thank you,

Joe

**Joseph A. Smith** | Associate | **Thompson Hine LLP**
1919 M Street, N.W., Suite 700 | Washington, D.C. 20036-3537
**O:** 202.263.4145 | **M:** 202.680.4356
**F:** 202.331.8330 | www.ThompsonHine.com [thompsonhine.com]
Joe.Smith@ThompsonHine.com



**A Smarter Way to Work – predictable, efficient and aligned with client goals. Read more [thompsonhine.com].**

**Named a top firm in 11 areas of the law by *Chambers USA*, with 45 lawyers recognized as leaders in their practice areas, and named a leading firm by *U.S. News – Best Lawyers*® and *The Legal 500*.**

Atlanta | Cincinnati | Cleveland | Columbus | Dayton | New York | Washington, D.C.

 [thompsonhine.com]

**From:** Smith, Joseph
**Sent:** Wednesday, January 2, 2019 3:56 PM
**To:** 'Reicher, Terri'
**Subject:** RE: Scottsdale Capital Advisors Corporation v. FINRA

Terri:

Thank you for your email and sorry I missed your call.  I will need to check with my client, and will get back to you tomorrow regarding the extension of time.

Thank you,

Joe

**Joseph A. Smith** | Associate | **Thompson Hine LLP**
1919 M Street, N.W., Suite 700 | Washington, D.C. 20036-3537
**O:** 202.263.4145 | **M:** 202.680.4356
**F:** 202.331.8330 | www.ThompsonHine.com [thompsonhine.com]
Joe.Smith@ThompsonHine.com


**A Smarter Way to Work – predictable, efficient and aligned with client goals. Read more [thompsonhine.com].**

**Named a top firm in 11 areas of the law by** *Chambers USA*, **with 45 lawyers recognized as leaders in their practice areas, and named a leading firm by** *U.S. News – Best Lawyers*[®] **and** *The Legal 500*.

Atlanta | Cincinnati | Cleveland | Columbus | Dayton | New York | Washington, D.C.

 [thompsonhine.com]

**From:** Reicher, Terri [mailto:Terri.Reicher@finra.org]
**Sent:** Wednesday, January 2, 2019 3:15 PM
**To:** Smith, Joseph
**Subject:** Scottsdale Capital Advisors Corporation v. FINRA

Dear Mr. Smith:

I left a voicemail at your office, which you can ignore if you see this email first. I will be representing FINRA in this lawsuit, and am requesting a 30 day extension of time to answer or otherwise respond to the Complaint.  FINRA was served on the afternoon of Friday, December 21, meaning that our response is due on or before January 10.  Due to the intervening holidays and office closures, we have not been able to discuss the lawsuit with our senior management, and our litigation attorneys, including myself, were out of the office for most of this period.

Please let me know at your earliest convenience whether your client will agree to this extension so that we make an appropriate filing.  I am back in the office now and can be reached at this email address or by my direct office number below.

Thank you for your anticipated courtesy,

Terri Reicher

Terri L. Reicher
Associate Vice President and Associate General Counsel
FINRA
1735 K Street, N.W.
Washington, DC 20006
(202) 728-8967
Terri.Reicher@finra.org

www.finra.org

Confidentiality Notice:: This email, including attachments, may include non-public, proprietary, confidential or legally privileged information. If you are not an intended recipient or an authorized agent of an intended recipient, you are hereby notified that any dissemination, distribution or copying of the information contained in or transmitted with this e-mail is unauthorized and strictly prohibited. If you have received this email in error, please notify the sender by replying to this message and permanently delete this e-mail, its attachments, and any copies of it immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person. Thank you.

**Exhibit F**

| | |
|---|---|
| **From:** | Smith, Joseph |
| **To:** | Reicher, Terri |
| **Subject:** | [EXTERNAL] RE: Scottsdale Capital Advisors Corporation v. FINRA |
| **Date:** | Tuesday, January 8, 2019 2:25:56 PM |
| **Attachments:** | image007.png |
| | image008.png |
| | image001.png |
| | image002.png |

Terri,

Apologies for the delay, I was at a hearing earlier today and just got into the office.  Our client will still only allow us to agree to a two-week extension and not the full 30-day extension you are seeking.

Joe

**Joseph A. Smith** | Associate | **Thompson Hine LLP**
1919 M Street, N.W., Suite 700 | Washington, D.C. 20036-3537
**O:** 202.263.4145 | **M:** 202.680.4356
**F:** 202.331.8330 | www.ThompsonHine.com [thompsonhine.com]
Joe.Smith@ThompsonHine.com



**A Smarter Way to Work – predictable, efficient and aligned with client goals. Read more [thompsonhine.com].**

**Named a top firm in 11 areas of the law by *Chambers USA*, with 45 lawyers recognized as leaders in their practice areas, and named a leading firm by *U.S. News – Best Lawyers*® and *The Legal 500*.**

Atlanta | Cincinnati | Cleveland | Columbus | Dayton | New York | Washington, D.C.

 [thompsonhine.com]

**From:** Reicher, Terri [mailto:Terri.Reicher@finra.org]
**Sent:** Monday, January 7, 2019 1:58 PM
**To:** Smith, Joseph
**Subject:** FW: Scottsdale Capital Advisors Corporation v. FINRA

Joe:  you have not yet responded to my email below renewing our request for the 30 day extension.  If you prefer to discuss this request by phone instead of responding to my email, my calendar is open tomorrow morning—just let me know what time would work.

If we don't hear from you by close of business tomorrow, we will assume that

you oppose our request, and we will file a motion for the extension.

Very truly yours,

Terri Reicher

---

**From:** Reicher, Terri
**Sent:** Thursday, January 3, 2019 1:49 PM
**To:** Smith, Joseph <Joe.Smith@thompsonhine.com>
**Subject:** RE: [EXTERNAL] RE: Scottsdale Capital Advisors Corporation v. FINRA

Joe:

Thank you for your prompt reply.  However, we do plan to move to dismiss this lawsuit, and we will continue to seek the full 30 day extension.  Under the circumstances, including that we were served over the holidays and that this case does not seek injunctive relief, we believe this request is entirely reasonable.

If this is not agreeable, then we plan to file a motion with the court seeking a 30 day extension.  Please let us know if you continue to oppose our request so that we can accurately advise the court of your position.

Very truly yours,

Terri Reicher


Terri L. Reicher
Associate Vice President and Associate General Counsel
FINRA
1735 K Street, N.W.
Washington, DC 20006
(202) 728-8967
Terri.Reicher@finra.org

www.finra.org

**From:** Smith, Joseph <Joe.Smith@thompsonhine.com>
**Sent:** Thursday, January 3, 2019 1:32 PM
**To:** Reicher, Terri <Terri.Reicher@finra.org>
**Subject:** [EXTERNAL] RE: Scottsdale Capital Advisors Corporation v. FINRA

Terri,

Our client would like to keep the case moving, but is agreeable to a two-week extension.  This would make your responsive pleading due on January 24, 2019.

Thank you,

Joe

**Joseph A. Smith** | Associate | **Thompson Hine LLP**
1919 M Street, N.W., Suite 700 | Washington, D.C. 20036-3537
**O:** 202.263.4145 | **M:** 202.680.4356
**F:** 202.331.8330 | www.ThompsonHine.com [thompsonhine.com]
Joe.Smith@ThompsonHine.com



**A Smarter Way to Work – predictable, efficient and aligned with client goals. Read more [thompsonhine.com].**

**Named a top firm in 11 areas of the law by *Chambers USA*, with 45 lawyers recognized as leaders in their practice areas, and named a leading firm by *U.S. News – Best Lawyers*[®] and *The Legal 500*.**

Atlanta | Cincinnati | Cleveland | Columbus | Dayton | New York | Washington, D.C.

 [thompsonhine.com]

**From:** Smith, Joseph
**Sent:** Wednesday, January 2, 2019 3:56 PM
**To:** 'Reicher, Terri'
**Subject:** RE: Scottsdale Capital Advisors Corporation v. FINRA

Terri:

Thank you for your email and sorry I missed your call.  I will need to check with my client, and will get

back to you tomorrow regarding the extension of time.

Thank you,

Joe

**Joseph A. Smith** | Associate | **Thompson Hine LLP**
1919 M Street, N.W., Suite 700 | Washington, D.C. 20036-3537
**O:** 202.263.4145 | **M:** 202.680.4356
**F:** 202.331.8330 | www.ThompsonHine.com [thompsonhine.com]
Joe.Smith@ThompsonHine.com



**A Smarter Way to Work – predictable, efficient and aligned with client goals. Read more**
**[thompsonhine.com].**

**Named a top firm in 11 areas of the law by *Chambers USA*, with 45 lawyers recognized as leaders**
**in their practice areas, and named a leading firm by *U.S. News – Best Lawyers*® and *The Legal***
**500.**

Atlanta | Cincinnati | Cleveland | Columbus | Dayton | New York | Washington, D.C.

 [thompsonhine.com]

---

**From:** Reicher, Terri [mailto:Terri.Reicher@finra.org]
**Sent:** Wednesday, January 2, 2019 3:15 PM
**To:** Smith, Joseph
**Subject:** Scottsdale Capital Advisors Corporation v. FINRA

Dear Mr. Smith:

I left a voicemail at your office, which you can ignore if you see this email first.
I will be representing FINRA in this lawsuit, and am requesting a 30 day
extension of time to answer or otherwise respond to the Complaint. FINRA
was served on the afternoon of Friday, December 21, meaning that our
response is due on or before January 10. Due to the intervening holidays and
office closures, we have not been able to discuss the lawsuit with our senior
management, and our litigation attorneys, including myself, were out of the
office for most of this period.

Please let me know at your earliest convenience whether your client will agree
to this extension so that we make an appropriate filing. I am back in the office

now and can be reached at this email address or by my direct office number
below.

Thank you for your anticipated courtesy,

Terri Reicher

Terri L. Reicher
Associate Vice President and Associate General Counsel
FINRA
1735 K Street, N.W.
Washington, DC 20006
(202) 728-8967
Terri.Reicher@finra.org

www.finra.org

Confidentiality Notice:: This email, including attachments, may include non-public,
proprietary, confidential or legally privileged information. If you are not an intended recipient
or an authorized agent of an intended recipient, you are hereby notified that any dissemination,
distribution or copying of the information contained in or transmitted with this e-mail is
unauthorized and strictly prohibited. If you have received this email in error, please notify the
sender by replying to this message and permanently delete this e-mail, its attachments, and any
copies of it immediately. You should not retain, copy or use this e-mail or any attachment for
any purpose, nor disclose all or any part of the contents to any other person. Thank you.