# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SCOTTSDALE CAPITAL ADVISORS CORPORATION,<br><br>             Plaintiff,<br><br>     v.<br><br>FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC.,<br><br>             Defendant. | Civil Action No. 1:18-cv-2973 CMC |

## [PROPOSED] ORDER EXTENDING TIME FOR FINRA TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

For the reasons set forth in FINRA's Motion for Extension of Time, and for good cause shown, it is hereby ORDERED:

That FINRA's Motion for Extension of Time be GRANTED, and

That FINRA shall answer, move or otherwise respond to the Complaint on or before Monday, February 11, 2019.

Dated:_____                    _____
                                                                   United States District Judge