**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **SCOTTSDALE CAPITAL ADVISORS CORPORATION**, <br><br> Plaintiff, <br><br> v. <br><br> **FINANCIAL INDUSTRY REGULATORY AUTHORITY**, <br><br> Defendant. | Case No. 18-cv-2973 (CRC) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that [14] Defendant's Motion to Dismiss is GRANTED. The case shall be dismissed in its entirety.

This is a final appealable Order.

**SO ORDERED**.

 

CHRISTOPHER R. COOPER
United States District Judge

Date: July 16, 2019