**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SCOTTSDALE CAPITAL ADVISORS CORPORATION<br><br>   Plaintiff,<br><br>v.<br><br>FINANCIAL INDUSTRY REGULATORY AUTHORITY<br><br>   Defendant. | C.A. No. 1:18-cv-2973 (CRC) |

## NOTICE OF APPEAL

Notice is hereby given this 24th day of July, 2019 that Plaintiff Scottsdale Capital Advisors Corporation ("SCA") hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Order in favor of Defendant Financial Industry Regulatory Authority ("FINRA") granting its motion and dismissing SCA's complaint in its entirety entered on the 16th day of July, 2019 (ECF. No. 17), against Plaintiff SCA.

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED:  July 24, 2019 | THOMPSON HINE LLP |
|  | By:   /s/ Joseph A. Smith             |
|  | Joseph A. Smith |
|  | D.C. Bar No. 1010223 |
|  | 1919 M Street, N.W., Suite 700 |
|  | Washington, D.C. 20036 |
|  | Phone: (202) 331-8800 |
|  | Fax: (202) 331-8330 |
|  | joe.smith@thompsonhine.com |
|  |  |
|  | Maranda Fritz |
|  | *Admitted Pro Hac Vice* |
|  | 335 Madison Avenue, 12th Floor |
|  | New York, NY 10017 |
|  | Phone: (212) 344-5680 |
|  | Fax: (212) 344-6101 |
|  | maranda.fritz@thompsonhine.com |
|  |  |
|  | *Counsel for Plaintiff* |
|  | *Scottsdale Capital Advisors Corporation* |

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 24th day of July, 2019, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk and served on the following via the Court's ECM/ECF system:

    Timothy W. Mountz
    Terri L. Reicher
    FINRA Office of General Counsel
    1735 K Street, N.W.
    Washington, DC  20006
    *Counsel for Defendant Financial Industry*
    *Regulatory Authority, Inc.*

        /s/ Joseph A. Smith
        Joseph A. Smith