# United States Court of Appeals
### For The District of Columbia Circuit

---

**No. 19-7073**  **September Term, 2019**

1:18-cv-02973-CRC

**Filed On: July 28, 2020** [1853850]

Scottsdale Capital Advisors Corporation,

      Appellant

  v.

Financial Industry Regulatory Authority,

      Appellee

### M A N D A T E

In accordance with the judgment of June 19, 2020, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

                BY:    /s/
                         Daniel J. Reidy
                         Deputy Clerk

Link to the judgment filed June 19, 2020